STATE of Missouri, Respondent,

v.

Scott ROBINETTE, Appellant.

No. WD38231.

Missouri Court of Appeals,
Western District.

April 28, 1987.

Melinda K. Pendergraph, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before CLARK, C.J., and TURNAGE and NUGENT, JJ.

**ORDER**

PER CURIAM.

Appeal from conviction of assault in the first degree and sentence of ten years.

Judgment affirmed. Rule 30.25(b).